IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RUSSELL HEWITT**,

**Plaintiff,**

**v.**

**SCHNEIDER NATIONAL CARRIERS, INC., and SCHNEIDER NATIONAL BULK CARRIERS, INC.,**

**Defendants**                                                          No. 09-cv-615-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is a dismissal of Count II and IV of Plaintiff's complaint without prejudice by stipulation of the parties (Doc. 29). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES without prejudice** Counts II and IV of Plaintiff's complaint against Schneider National Bulk Carriers, Inc.

**IT IS SO ORDERED.**

Signed this 18th day of November, 2009.

/s/   *David R Herndon*
**Chief Judge**
**United States District Court**