IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL HEWITT,

    Plaintiff,

-vs-

SCHNEIDER NATIONAL CARRIERS, INC.,

    Defendant.             NO. 09-CV-615-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 21, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT


                        BY:     /s/*Sandy Pannier*
                                        **Deputy Clerk**

Dated: February 25, 2011

                David R. Herndon
                2011.02.25
                09:48:55 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT